IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JERRY W. LACKEY,<br><br>　　　　　　　Defendant. | 4:23CR3064<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 20), is granted.

2) Defendant is permitted to attend the birthday parties described in his motion on September 30, 2023 (the date provided during the hearing) and October 1, 2023.

Dated this 7th day of September, 2023.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge