IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JERRY W. LACKEY,<br><br>　　　　　　　Defendant. | **4:23CR3064**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 33), is granted.

2) Defendant is permitted to attend an event with his parents, brother and sister-in-law, nephews and two children at Roca Berry Farm during the evening of October 14, 2023, returning home to meet is curfew no later than 10:30 p.m.

Dated this 12th day of October, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge